# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Trustees of the Chicago Painters and Decorators
Pension Fund, et al.

                Plaintiff,

v.                                               Case No.: 1:20−cv−04351

                                                        Honorable Charles P.
Kocoras

Paul Buschauer

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 15, 2020:

      MINUTE entry before the Honorable Charles P. Kocoras: Telephonic status hearing. Oral motion to dismiss without prejudice is granted. Civil case terminated. Mailed notice(vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.